JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Thomas Marcel Scott,

PLAINTIFF(S)

v.

United States of America, et al.,

DEFENDANT(S)

CASE NUMBER

CV22-0140-RGK (JPRx)

ORDER RE REQUEST TO PROCEED
IN FORMA PAUPERIS

**IT IS ORDERED** that the Request to Proceed *In Forma Pauperis* is hereby GRANTED.

_____
Date

_____
United States Magistrate Judge

**IT IS RECOMMENDED** that the Request to Proceed *In Forma Pauperis* be **DENIED** for the following reason(s):

☐ Inadequate showing of indigency           ☐ District Court lacks jurisdiction
☒ Legally and/or factually patently frivolous  ☐ Immunity as to _____
☐ Other: _____

Comments: The Complaint is nonsensical and completely devoid of specific factual allegations. Plaintiff claims that Defendant United States is "waging" "an unlawful war" on him and that "the amount in dispute is 'The United States of America' (1898 treaty of Paris)."

1/13/2022
Date

/s/ M. Kreuhleutz
United States Magistrate Judge

**IT IS ORDERED** that the Request to Proceed *In Forma Pauperis* is hereby:

☐ GRANTED

☒ DENIED (see comments above). IT IS FURTHER ORDERED that:

  ☐ Plaintiff SHALL PAY THE FILING FEES IN FULL within 30 days or this case will be dismissed.
  ☒ This case is hereby DISMISSED immediately.
  ☐ This case is hereby REMANDED to state court.

January 14, 2022
Date

/s/ Gary Klausner
United States District Judge